JAN -4 1983

1/4/83

DOCKET NO. 530

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT MALAGA, SPAIN, ON SEPTEMBER 13, 1982

TRANSFER ORDER*

Presently before the Panel are two motions, pursuant to 28 U.S.C. §1407, to transfer the actions listed on the attached Schedule A for coordinated or consolidated pretrial proceedings. One motion, brought by defendant Spantax, S.A. (Spantax), seeks centralization in the Southern District of New York. The second motion, brought by plaintiffs in one Eastern District of New York action, seeks centralization in the Eastern District of New York.

All responding parties agree on the desirability of or do not oppose transfer. The only dispute concerns the selection of the transferee district. Spantax and certain responding defendants favor centralization in the Southern District of New York; 27 plaintiffs, including several in actions not on the motions,1/ urge centralization in the Eastern District of New York. Still other plaintiffs are on record as preferring whichever of the two districts can most expeditiously handle the litigation.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The actions share numerous factual questions concerning the cause or causes of an airplane crash in Malaga, Spain. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

---

\*   Judge Edward S. Northrop took no part in the decision of this matter.

1/ Since the motion for transfer was filed with the Panel, several related actions were commenced. These actions will be treated as potential tag-along actions in accordance with Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-280 (1981).

Although either the Eastern or Southern District of New York could be considered an appropriate transferee district for this litigation, we conclude that the Eastern District of New York is preferable because a majority of the actions is pending there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Eugene H. Nickerson for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

MDL-530 -- In re Air Crash Disaster at Malaga, Spain, on September 13, 1982

### Eastern District of New York

Kira Zamaryonov, et al. v. Spantax Airlines, et al.,
C.A. No. 82 Civ 3049 (EHN)
Joseph Dalessio v. Spantax Airlines, S.A., et al.,
C.A. No. 82 Civ. 2849 (EHN)
Kevin Gerritt, etc. v. Spantax, S.A., et al.,
C.A. No. 82 Civ 3020 (EHN)
Joseph Figarsky, etc. v. Spantax, S.A., et al.,
C.A. No. 82 Civ 3019 (EHN)
Barbara Emhart, etc. v. Spantax, S.A., et al.,
C.A. No. 82 Civ. 3015 (EHN)
Richard Leubkert, etc. v. Spantax, S.A., et al.,
C.A. No. 82 Civ 3021 (EHN)
Horace Baker, et al. v. Spantax Airlines, S.A., et al.,
C.A. No. 2 Civ 2987 (EHN)
Georgina Aracena v. Spantax, S.A., et al.,
C.A. No. 82 Civ 3018 (EHN)
Carmen Aracena v. Spantax, S.A., et al.,
C.A. No. 82 Civ 3016 (EHN)

### Southern District of New York

Jacob Boyarsky v. McDonnell Douglas Corp., et al.,
C.A. No. 82 Civ. 6199 (RLC)
Arlene Crane v. McDonnell Douglas Corp., et al.,
C.A. No. 82 Civ 6200 (RLC)
Frances Picone, et al. v. Spantax, S.A., et al.,
C.A. No. 82 Civ 6283 (RLC)
Esther Lebowitz, et al. v. Spantax Airlines, Inc., et al.,
C.A. No. 82 Civ 6314 (RLC)
Vickie Miller, et al. v. Spantax Airlines,
C.A. No. 82 Civ 6406 (RLC)
Ana Vrinceanu v. Spantax, S.A., et al.,
C.A. No. 82 Civ 6507 (RLC)
Miguel A. Carrio, et al. v. Spantax, S.A., et al.,
C.A. No. 82 Civ 6676 (RLC)